**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 02-20691CR-HUCK
CASE NO.

21 U.S.C. § 846
21 U.S.C. § 853    MAGISTRATE JUDGE
TURNOFF

**UNITED STATES OF AMERICA**

v.

**FELIX BAUTISTA,**
**JANIA MARIA HERNANDEZ, and**
**ANA CAROLINA ROJAS,**

        **Defendants.**
_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about June 25, 2002, through on or about July 29, 2002, in Miami-Dade County,

in the Southern District of Florida, and elsewhere, the defendants,

**FELIX BAUTISTA,**
**JANIA MARIA HERNANDEZ, and**
**ANA CAROLINA ROJAS,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and others

unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance,

that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of

cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21,

United States Code, Sections 846 and 841(b)(1)(A).

## COUNT 2

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, the defendants,

**FELIX BAUTISTA,**
**JANIA MARIA HERNANDEZ, and**
**ANA CAROLINA ROJAS,**

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## FORFEITURE ALLEGATION PURSUANT TO TITLE 21 USC § 853

The allegations contained in Counts 1 and 2 of this Indictment are re-alleged and incorporated as though fully set forth herein. As a result of the offenses charged in this Indictment, the defendants shall forfeit to the United States, any property constituting or derived from, any proceeds which the defendants obtained, directly or indirectly, as the result of such violations; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said criminal violations, including, but not limited to approximately $29,800.00 in United States currency, all in accordance with Title 21, United States Code, Sections 853(a)(1) and (a)(2):

If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

(A)    cannot be located upon the exercise of due diligence;

(B)    has been transferred or sold to, or deposited with, a third person;

(C)    has been placed beyond the jurisdiction of the Court;

(D)    has been substantially diminished in value; or

(E)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_L. W. Chandler, DPA_

FOREPERSON

_Thomas J. Mulihill_

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

STEPHEN S. STALLINGS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. 02 - 20691 CR - HUCK

v.

**FELIX BAUTISTA,**
**JANIA MARIA HERNANDEZ, and**
**ANA CAROLINA ROJAS**

**CERTIFICATE OF TRIAL ATTORNEY\***

MAGISTRATE JUDGE
TURNOFF

_____/

**Superseding Case Information:**

New Defendant(s)          Yes _____   No _____
Number of New Defendants    _____
Total number of counts      _____

**Court Division:** (Select One)

__X__  Miami    _____  Key West
_____  FTL      _____  WPB  _____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:        (Yes or No) ____YES____
    List language and/or dialect ___SPANISH___

4.  This case will take __3__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                          (Check only one)

| I   | 0 to 5 days       | __X__ | Petty   | _____ |
|-----|-------------------|-------|---------|-------|
| II  | 6 to 10 days      | _____ | Minor   | _____ |
| III | 11 to 20 days     | _____ | Misdem. | _____ |
| IV  | 21 to 60 days     | _____ | Felony  | __X__ |
| V   | 61 days and over  | _____ |         |       |

6.  Has this case been previously filed in this District Court? (Yes or No) __NO__
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) __YES__
    If yes:
    Magistrate Case No. __02-2982-STB__
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of __7/29/02__
    Defendant(s) in state custody as of _____
    Rule 20 from the _____    District of _____

    Is this a potential death penalty case? (Yes or No) __NO__

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes _X_ No

8.  Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

_____
STEPHEN STALLINGS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 958859

\*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**02-20691   CR-HUCK**

Defendant's Name:   **JANIA MARIA HERNANDEZ**          CASE NO. _____

MAGISTRATE JUDGE
TURNOFF

Count 1:   Conspiracy to Possess Five Kilograms or More of Cocaine
                 Title 21, United States Code, Section 846

*Max. Penalty: Life imprisonment

Count 2:  Attempt to Possess Five Kilograms or More of Cocaine
                 Title 21, United States Code, Section 846

*Max. Penalty: Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

# 02-20691 CR-HUCK

Defendant's Name:   **ANA CAROLINA ROJAS**        CASE NO. _____

MAGISTRATE JUDGE
~~TURNOFF~~

Count 1:   Conspiracy to Possess Five Kilograms or More of Cocaine
      Title 21, United States Code, Section 846

*Max. Penalty: Life imprisonment

Count 2:  Attempt to Possess Five Kilograms or More of Cocaine
      Title 21, United States Code, Section 846

*Max. Penalty: Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

# 02-20691 CR-HUCK

Defendant's Name:   **FELIX BAUTISTA**       CASE NO._____   ~~MAGISTRATE JUDGE~~
TURNOFF

Count 1:   Conspiracy to Possess Five Kilograms or More of Cocaine
           Title 21, United States Code, Section 846

*Max. Penalty: Life imprisonment

Count 2:  Attempt to Possess Five Kilograms or More of Cocaine
          Title 21, United States Code, Section 846

*Max. Penalty: Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Federal Grand Jury
Indictment Number
02-02-mcal-

No. **02-20691 CR-HUCK**

TURNOFF MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

------- Southern ------- District of ------ Florida -------

-------------------------- Division

## THE UNITED STATES OF AMERICA

vs.

**FELIX BAUTISTA,
JANIA MARIA HERNANDEZ, and
ANA CAROLINA ROJAS**

## INDICTMENT

In violation of:

18 U.S.C. § 846
18 U.S.C. § 853

A true bill.

_L. d. Chandler, DPA_

Foreman

02-02(MIA)

Filed in open court this _____ _____

of _____ A.D. 2002 _____ day.

_____ Clerk

Bail. $. _____



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,                    CASE NO.: 02-M-2982-STB

      Plaintiff,

v.

ANA CAROLINA ROJAS,

      Defendant.
_____/

### NOTICE OF PERMANENT APPEARANCE
### AS COUNSEL OF RECORD FOR TRIAL PURPOSES ONLY

    COMES NOW OSCAR ARROYAVE, who files this appearance as permanent counsel of record for the above named defendant. Counsel agrees to represent the defendant for all proceedings related to trial arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

    This appearance is for trial purposes only. There is no agreement or understanding between undersigned counsel and the defendant herein for representation regarding any matter at the

1



appellate level.  Counsel acknowledges responsibility to advise the defendant of the right of appeal and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this is a permanent appearance and is in conformity with the requirements of the Local Rules of the U.S. District Court for the Southern District of Florida and the Special Rules Governing the Admission and Practice of Attorneys.

DATED:  _8-05-02_

The undersigned defendant hereby consents to the representation of the above counsel per the terms of representation stated in this Notice of Permanent Appearance as Counsel of Record.

Defendant: _____
ANA CAROLINA ROJAS

By:_____
OSCAR ARROYAVE, ESQ.
2601 South Bayshore Drive
Suite 1400
Miami, Florida 33131
Phone: (305) 858-2383
Fax: (305)858-3100
Florida Bar No.: 0298859

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02 - 2982 - STB

UNITED STATES OF AMERICA,

v.                                    **ORDER ON BOND MOTION**

Tania Hernandez

    This Cause came before the Court upon motion of the
(defendant)(government) to (reduce)(increase)(modify) the bond.
Upon consideration, it is
    **ORDERED AND ADJUDGED** as follows:

_____ The motion is **denied**; bond remains at _____

__✔__ The motion is **granted**; bond is set at:

_____ Personal Surety, unsecured, in the amount of
                                  $_____

_____ Personal Surety in the amount of  $_____
    with 10% posted with Clerk of Court.

__✔__ Full Cash in the amount of $_____

__✔__ Corporate Surety in the amount of $ 50K Inebbia _____

In addition to the standard conditions of bond, the following
special conditions are hereby imposed:

✔ Surrender all passports & travel documents to Pretrial Services.
✔ Travel restricted to SD/Fla. District of residence in New York
✔ Report to Pretrial Services as follows: _____ weekly in person;
    _____ weekly by phone. as directed
__ Submit to random urine testing by Pretrial Services for the use
    of non-physician-prescribed substances prohibited by law.
✔ Maintain/actively seek full-time employment or educational
    program. w/in 30 days
__ Avoid all contact with victims of or witnesses to the crimes
    charged.
__ Refrain from possessing a firearm, destructive device or other
    dangerous weapon.
✔ Curfew imposed seven days a week from 9:00 PM to 6:00 AM,
✔ Curfew to be electronically monitored at PTS' expense.
__ Stay away from all commercial transportation facilities
(marinas, airports, bus terminals).
✔ Comply with the following additional special conditions of this
bond: reside w/mother

If bond is changed from that set in another District, the reason
pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 8th day of Aug. 20
02
TAPE NO. 02D-59-650

c:AUSA, Defense,
   Pretrial Svcs, Marshal

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

*Criminal Minutes*

| Calendar List | 8/5/2002 | Stbsched.OR6 |
|---|---|---|

July 2002 · August 2002 · September 2002

**STEPHEN T. BROWN**
**UNITED STATES MAGISTRATE JUDGE**

*tape no.*
*020-54-650*

⏱ Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **5** 11:30 AM | 11:30 AM | | ✏ USA v. Jania Hernandez |

Aug 2002

02-2982-STB
Cont bond hrg (temp detention)
(30 mins)

*12:00 p.m. – 12:15 p.m.*

*Spanish interp reqd*

*USA = Jack Blakey*

*Deft = Ruben Garcia*

*Hrg held. Court set Bond @*
*50k CSB no 10%.*

*Sur. rpt. PTS 3ID FL  Dist of residence... NT*
*rpt to PTS as directed  30 days for time*
*Drug test/treatment  maintain employment/gainful  no illegal witnesses  PTS*
*avoid all contact with no illegal witnesses*
*no firearms*
*curfew  6p - 6a  e.m.*
*revise TP - w/mother*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _O2 - 298__

UNITED STATES OF AMERICA,

v.

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

_Ana Carolina Rojas_

COMES NOW _RONALD J. MANTO_, and files this appearance as counsel for the above named defendant(s).  Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _8/1/02_

Attorney _RONALD J. MANTO_

Address _2937 SW 27 AVE #107_

City _MIA_ State _FL_ Zip Code _33133_

Telephone _(305) 445-2985_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

_____



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-2982-BROWN

UNITED STATES OF AMERICA,

v.                                    **ORDER ON BOND MOTION**

ANA CAROLINA ROJAS

     This Cause came before the Court upon motion of the (defendant)(government) to (reduce)(increase)(modify) the bond. Upon consideration, it is

    **ORDERED AND ADJUDGED** as follows:

\_\_\_\_\_ The motion is **denied**; bond remains at _____

\_\_ The motion is **granted**; bond is set at:

    \_\_\_\_ Personal Surety, unsecured, in the amount of
                          $_____

    \_\_\_\_ Personal Surety in the amount of  $_____
    with 10% posted with Clerk of Court.

    \_\_\_\_ Personal Surety in the amount of  $_____
    secured by the following collateral: _____
    _____ \_\_\_\_\_ Full

Cash in the amount of $_____

    ✓ Corporate Surety in the amount of $ 100K / Rebbia

    \_\_\_\_ Full Cash or Corporate Surety in the amount of
        $_____In addition to the standard conditions of bond, the following special conditions are hereby imposed:

\_\_ Surrender all passports & travel documents to Pretrial Services.

\_\_ Report to Pretrial Services as follows:    AS DIRECTED;    WEEKLY IN PERSON;    WEEKLY BY PHONE.

\_\_ Travel restricted to the Southern District of Florida.

\_\_ Maintain current residence.

\_\_ Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

\_\_ Maintain or actively seek full-time employment.

\_\_ Maintain or begin an educational program.

\_\_ Avoid all contact with victims of or witnesses to the crimes charged

\_\_ Refrain from possessing a firearm, destructive device or other dangerous weapon.

   ✓ Comply with the following additional special conditions of this bond:  no hearing held

_____ If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 1st day AUGUST 2002.

TAPE NO. 02D-55-3810, 59-730

_____

c:AUSA, Defense,                    STEPHEN T. BROWN
Pretrial Services, Marshal          UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-2982-BROWN

FILED by ___ D.C.
MAG. SEC.

AUG 01 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA.

UNITED STATES OF AMERICA,

v.                                          **ORDER ON BOND MOTION**

FELIX BAUTISTA

    This Cause came before the Court upon motion of the (defendant)(government) to (reduce)(increase)(modify) the bond. Upon consideration, it is

    **ORDERED AND ADJUDGED** as follows:

_____ The motion is **denied**; bond remains at _____

__ The motion is **granted**; bond is set at:

    _____ Personal Surety, unsecured, in the amount of

                      $_____

    _✓_ Personal Surety in the amount of  $ 100k / Nebbia___
    with 10% posted with Clerk of Court.

    _____ Personal Surety in the amount of  $_____
    secured by the following collateral: _____

_____ _____ Full

Cash in the amount of $_____

    _____ Corporate Surety in the amount of $_____

    _____ Full Cash or Corporate Surety in the amount of

        $_____In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.

✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: (AS DIRECTED); WEEKLY IN PERSON; WEEKLY BY PHONE.

✓ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA + Dist. of residence in New Jersey - travel permitted for Court

__ MAINTAIN CURRENT RESIDENCE.

__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.

__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.

__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.

__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED

__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.

✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: Curfew 9p-6a; may be modified by PTS for work, co-signed by 2 brothers in Court + mother If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this _1st_ day AUGUST 2002.

TAPE NO. 02D- 55-3870,57 - 730

c:AUSA, Defense,
Pretrial Services, Marshal

**STEPHEN T. BROWN**
**UNITED STATES MAGISTRATE JUDGE**

10
md



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 02-2982-BROWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FELIX BAUTISTA,

      Defendant.

_____/

## DEFENDANT'S INVOCATION OF
## RIGHTS TO SILENCE AND COUNSEL

     The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.



The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Michael Caruso
Assistant Federal Public Defender
Florida Bar No. 0051993
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel:   (305)530-7000
Fax:  (305)536-4559

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing instrument was mailed this 31st day of

July, 2002, to Guy E. Lewis, Esq., United States Attorney, 99 NE 4th Street, Miami,

Florida 33132.

Michael Caruso

K:\CarusoM\Forms\Mag Clients\Bautista Silence Motion.wpd

3

CASE NUMBER _02-2982-STB_

INTERPRETER REQUIRED IN CASE

FILED by _____ D.C.
MAG. SEC.

JUL 30 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FOREIGN LANGUAGE_____SPANISH_____

DEFENDANT(S)__JANIA HERNANDEZ_____

_____

_____

_____



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _02 - 2982 - STB_

UNITED STATES OF AMERICA

         Plaintiff,

v.

ANA CAROLYN ROJAS

         Defendant.

FILED by _____ D.C.
MAG. SEC.

JUL 30 2002

CLARENCE MADDOX

**ORDER ON INITIAL APPEARANCE**

Language ___ English ___
Tape No. 02D - 54 - 540
AUSA Stephen Stallings
AGENT _____

DOB: 4-20-69    Prisoner # 68863-004

    The above-named defendant having been arrested on ___7-29-02___ having appeared before the court for initial appearance on ___7-30-02___ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____ Telephone: _____
2. CJA - Ronald Manto _____ appointed as permanent counsel of record.
   Address: 2937 S.W. 27 Ave #107, Miami, FL 33133
   Zip Code:_____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2002.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am ___8/13___, 2002.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because_____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am ___8/1___, 2002.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C, Section 3142:
_100k CSB Nebbia (Conditions to be set @ bond hrg)_ This bond shall contain the standard conditions of bond printed in the bond form of this Court  and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other:_____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____

ANA CAROLINA ROJAS

___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
                     On Warrant _____
                     After Hearing _____

      If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions.  These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

      **DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>  30th  </u> day of <u> JULY  </u> 2002.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 02 - 2982 - STB

UNITED STATES OF AMERICA

       Plaintiff,

v.

JANIA HERNANDEZ

       Defendant.

**ORDER ON INITIAL APPEARANCE**

Language __SPANISH__

Tape No. 02D - 54-540

AUSA __Stephen Stallings__

AGENT _____

DOB: 9-2-79    Prisoner # 68862-004

FILED by _____ D.C.
MAG. SEC.

JUL 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. FLA - MIAMI

The above-named defendant having been arrested on ____7-29-02____ having appeared before the court for initial appearance on ____7-30-02____ and proceedings having been held in accordance with F.R.Cr.P. 5 or 40(a), it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. CJA - Reuben Darcus _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2002.
4. Arraignment/Preliminary/Removal/Identity hearing is set for __10am__ __8/13__ , 2002.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ____of her INS status (uncertain)____ 11:30 a.m. ✗
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am__ __8/5__ , 2002.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   Govt recommended $100K CSB Nebbia _____ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   ___a. Surrender all passports and travel document to the Pretrial Services Office.
   ___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
   ___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
   ___d. Maintain or actively seek full time gainful employment.
   ___e. Maintain or begin an educational program.
   ___f. Avoid all contact with victims of or witnesses to the crimes charged.
   ___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   ___h. Comply with the following curfew: _____

✱ hng before Judge Brown non-duty

__JANIA HERNANDEZ_____

___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
               On Warrant _____
               After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d
303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled
promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
conditions set forth herein or those later ordered by the court, the defendant is subject to arrest
and revocation of release and to various civil and criminal sanctions for any violation of those
conditions.  These various sanctions and penalties are set forth more fully in the Appearance
Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond
has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at <u>Miami, Florida</u>, this ___30th____ day of _JULY_____ 2002.

                                  _____
                                  STEPHEN T. BROWN
                                  **UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 02-2982-STB

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language English

Tape No. 02D-54-540

v.

FILED by ___ ☐ AUSA Stephen Stallings
MAG. SEC.: ☐ AGENT

FELIX BAUTISTA
Defendant.

JUL 30 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.

DOB: 8-1-73    Prisoner # 68882-004

The above-named defendant having been arrested on ___7-29-02___ having appeared before the court for initial appearance on ___7-30-02___ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. AFPD - Michael Caruso appointed as permanent counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2002.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am ___8/13___, 2002.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because_____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am ___8/1___, 2002.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: $100K CSB Nebbia (conditions to be set @ bond hrg) This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____

__ FELIX BAUTISTA _____

\_\_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
\_\_j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____
　　　　　　　　　　　On Warrant _____
　　　　　　　　　　　After Hearing _____

　　　　If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d
303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled
promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
conditions set forth herein or those later ordered by the court, the defendant is subject to arrest
and revocation of release and to various civil and criminal sanctions for any violation of those
conditions.  These various sanctions and penalties are set forth more fully in the Appearance
Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond
has been executed in accordance with this or subsequent court order.

　　　　**DONE AND ORDERED** at <u>Miami, Florida</u>, this ___30th___ day of _JULY_____ 2002.

_____
**STEPHEN T. BROWN**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
　　Defendant
　　Counsel
　　U.S. Marshal
　　Pretrial Services/Probation

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. _02·2982 - STB_

**UNITED STATES OF AMERICA**

**vs.**

**FELIX BAUTISTA,**
**JANIA MARIA HERNANDEZ, and**
**ANA CAROLINA ROJAS**

      **Defendant.**
_____/

FILED by _____ D.C.
MAG. SEC.

JUL 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## CRIMINAL COVER SHEET

1.    Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? _____ Yes __X__ No

2.    Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____Yes __X___ No

                 Respectfully submitted,

                 GUY A. LEWIS
                 UNITED STATES ATTORNEY

BY:    _____

                 Stephen S. Stallings
                 ASSISTANT UNITED STATES ATTORNEY
                 Florida Bar Number 958859
                 99 N. E. 4th Street
                 Miami, Florida   33132-2111
                 TEL (305) 961-9155
                 FAX (305) 536-5566

# United States District Court

_____ **SOUTHERN** _____ **DISTRICT OF** _____ **FLORIDA** _____

**UNITED STATES OF AMERICA**

**V.**

**FELIX BAUTISTA,**
**JANIA MARIA HERNANDEZ, and**
**ANA CAROLINA ROJAS**

**CRIMINAL COMPLAINT**

CASE NUMBER: 02-3982 STB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about July 26, 2002 through on or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants did knowingly and intentionally conspire to possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and did attempt to possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

I further state that I am a Special Agent with the United States Secret Service and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Signature of Complainant
John Costanzo, USSS
July 30, 2002

Sworn to before me, and subscribed in my presence,

July 30, 2002
**Date**

at **Miami, Florida**
**City and State**

**STEPHEN T. BROWN**
**UNITED STATES MAGISTRATE JUDGE**

Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, John A. Costanzo Jr., being duly sworn, depose and state as follow:

1.     I am currently a Special Agent with the United States Secret Service and have been so employed for approximately four (4) years.  For the past eight months, I have been assigned to the High Intensity Drug Trafficking Area (HIDTA) Task Force.  In that capacity, I have participated in numerous narcotics investigations, debriefed or participated in debriefings of dozens of defendants, informants, and witnesses who had personal knowledge regarding major narcotics trafficking organizations, and have participated in all aspects of drug investigations.  I have conducted investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds.

2.     This affidavit is based upon the information obtained by my own investigations, as well as information provided by other law enforcement officers.  This affidavit is submitted for the sole purpose of supplying probable cause for the arrest of Felix BAUTISTA (hereinafter, "BAUTISTA"),  Jania Maria HERNANDEZ (hereinafter, "HERNANDEZ") and Ana Carolina ROJAS (hereinafter, "ROJAS") for attempted possession with intent to distribute cocaine and conspiracy to possess with the intent to distribute cocaine.  As such, this affidavit does not contain all the facts known to me regarding this investigation.

3.     On or about July 26, 2002,  two DEA cooperating sources (hereinafter CS1 and CS2, who have both provided reliable information in the past leading to arrests and convictions of other defendants on narcotics related charges) placed several taped telephone calls to

Felix BAUTISTA and Carolina ROJAS.  On July 27, 2002, at approximately 12:30 p.m. DEA cooperating sources met with ROJAS and BAUTISTA at the Olive Garden restaurant located at 8201 W. Flagler, Miami, FL., 33144.  ROJAS and BAUTISTA indicated they were interested in purchasing approximately ten kilograms of cocaine. ROJAS and BAUTISTA explained they only had access to approximately $30,000.00 and further explained they had buyers in New York ready to purchase the kilograms, at which time, they would provide the remaining balance.  Before the conclusion of the meeting BAUTISTA gave CS1 approximately $15,000 in cash contained within a bank envelope. ROJAS then gave BAUTISTA approximately $14,000 in cash, and BAUTISTA gave the $14,000 to CS1.  CS1 then provided the approximately $29,000 in cash to DEA agents, who impounded and secured the cash.  ROJAS and BAUTISTA agreed to bring an additional $1,000.00 upon delivery of ten (10) kilograms of cocaine.

4.    On July 29, 2002,  at approximately 2:45 p.m. ROJAS, HERNANDEZ, and BAUTISTA arrived at a predetermined meet location (the Publix shopping center located at 10755 NW 58 ST, Miami, FL.).  HERNANDEZ told CS2 that she would be driving the car (referring to the car which contained sham cocaine) and that she would drive at or under the speed limit because she would be "loaded."  CS1 introduced BAUTISTA to Task Force Agent Louis Sastre, who was acting in an undercover capacity.  BAUTISTA handed CS1 an additional $800.00 in cash.  TFA Sastre  instructed BAUTISTA to enter the vehicle where the ten (10) kilograms of sham cocaine was concealed and showed BAUTISTA the sham cocaine.  Subsequent to a predetermined arrest signal, DEA group 43 effected the arrests of  ROJAS, BAUTISTA, and HERNANDEZ.

5.    Members of law enforcement informed ROJAS, BAUTISTA, and HERNANDEZ of their

*Miranda* rights, which they then acknowledged and waived verbally. During her post arrest interview, HERNANDEZ stated that on July 28, 2002, she went to a New York area airport, purchased a one way ticket for travel that day at the counter, and flew to Ft. Lauderdale in order to drive a car for ROJAS from Miami to New York. HERNANDEZ also stated she had not met BAUTISTA prior to July 28, 2002, but that BAUTISTA paid for her hotel, meals, and some clothing after they met. She also indicated she was aware that one of the two vehicles to be driven to New York would have some sort of contraband concealed within.

6.     During the post arrest interview of ROJAS, she stated that on July 27, 2002, at the Olive Garden restaurant, she engaged in a conversation with the CSs and BAUTISTA regarding a narcotics transaction. She also admitted that an unspecified amount of U.S. currency was exchanged.

John A. Costanzo, Jr.
Special Agent
United States Secret Service

Subscribed to and sworn before me this ____ day of July 30, 2002.

STEPHEN T. BROWN
United States Magistrate Judge
Southern District of Florida

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff ) | CASE NUMBER: CR 02 - 2982 - STB |
| -vs- )<br>ANA CAROLINA ROSAS )<br>Defendant | REPORT COMMENCING CRIMINAL ACTION<br>68863-004 |

FILED by ___ D.C.

JUL 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. MIAMI

TO: CLERK'S OFFICE ( MIAMI ) FT. LAUDERDALE W. PALM BEACH
U.S. DISTRICT COURT (circle one)

************************************************

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 7/29/02   2:50   a.m./**p.m.**

(2)   LANGUAGE(S) SPOKEN: English + Spanish

(3)   OFFENSE(S) CHARGED: Title 21 USC 846
Conspiracy to possess w/ intent to distribute cocaine

(4)   UNITED STATES CITIZEN: (X)YES   ( )NO   ( )UNKNOWN

(5)   DATE OF BIRTH: 4/20/69

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
[ ] INDICTMENT   [X] COMPLAINT   CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7)   REMARKS: _____

(8)   DATE: 7/29/02   (9) ARRESTING OFFICER _____

(10)  AGENCY DEA   (11) PHONE # 305/590-4870

(12)  COMMENTS _____

DATE: _09/29/02_

MAGISTRATE: _SB_

AUSA: _Darrin Gayles_

OFFENSE: _Conspiracy / PWID - Coke -10 Kilo's_

#1 DEFENDANT _Carolina Rojas_

CIRCUMSTANCES _US Citizen_

_____

_____

BOND RECOMMENDED: _$100,000 CS_

BOND SET: _OK_

#2 DEFENDANT _Feliz Bautista_

CIRCUMSTANCES _family in NY & NJ._
_resident alien —_

_____

BOND RECOMMENDED: _$100,000 CS_

BOND SET: _OK_

DEFENDANT _____

CIRCUMSTANCES _____

_____

_____

BOND RECOMMENDED: _____

BOND SET: _____

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )         CASE NUMBER: CR _02-2982-STB_
           Plaintiff )

        -vs- )          REPORT COMMENCING CRIMINAL
                      )          ACTION
_HERNANDEZ, JANIA_ )          68862-004
         Defendant

**FILED by ___ D.C.**
**JUL 30 2002**
**CLERK U.S. DIST.**
**S.D. OF FLA. MIAMI**

TO: CLERK'S OFFICE    MIAMI      FT. LAUDERDALE     W. PALM BEACH
     U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: _7/29/02_ _____ a.m./p.m.

(2)   LANGUAGE(S) SPOKEN: _SPANISH_

(3)   OFFENSE(S) CHARGED: _TITLE 21 846 U.S.C_

(4)   UNITED STATES CITIZEN:    ( )YES    (✓)NO    ( )UNKNOWN

(5)   DATE OF BIRTH: _9/2/79_

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
     [ ] INDICTMENT     [✓] COMPLAINT    CASE # _61-02-0828_
     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [ ] PAROLE VIOLATION WARRANT
     ORIGINATING DISTRICT: _____
     COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7)   REMARKS: _____

(8)   DATE: _7/29/02_     (9) ARRESTING OFFICER _JOAN COSTANZO_

(10)  AGENCY _DEA_      (11) PHONE # _786-269-3236_

(12)  COMMENTS _____

**DATE:** 7/29/02

**MAGISTRATE:** STB

**AUSA:** Davin Gayles

**OFFENSE:** ~~Overstay alien~~ Conspiracy / PWID

**#3 DEFENDANT** Jania Maria Hernandez

**CIRCUMSTANCES** no ties — overstay alien —

**BOND RECOMMENDED:** PTD

**BOND SET:** OK

**DEFENDANT**

**CIRCUMSTANCES**

**BOND RECOMMENDED:**

**BOND SET:**

**DEFENDANT**

**CIRCUMSTANCES**

**BOND RECOMMENDED:**

**BOND SET:**

**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR 02-2982-STB |
| Plaintiff ) | |
| ) | |
| -vs- ) | REPORT COMMENCING CRIMINAL |
| ) | ACTION |
| FELIX BAUTISTA ) | 68882-004 |
| Defendant | |

FILED by ____ D.C.
MAG. SEC.

JUL 30 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

*****************************************************************

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.

*****************************************************************

COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 7/29/02   330   a.m./p.m.

(2)   LANGUAGE(S) SPOKEN: ENGLISH / SPANISH

(3)   OFFENSE(S) CHARGED: 21: 846

(4)   UNITED STATES CITIZEN:   ( )YES   (✓)NO   ( )UNKNOWN

(5)   DATE OF BIRTH: 8/1/73

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [ ] INDICTMENT   [ ] COMPLAINT   CASE #_____
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PAROLE VIOLATION WARRANT
      ORIGINATING DISTRICT:_____
      COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$_____   WHO SET BOND?_____

(7)   REMARKS:_____

(8)   DATE: 7/29/02   (9) ARRESTING OFFICER John COSTANZO

(10)  AGENCY DEA   (11) PHONE # 786-269-3236

(12)  COMMENTS_____